UNITED STATES DISTRICT COURT          <u>NOT FOR PUBLICATION</u>
EASTERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES
INSURANCE CO.; GEICO INDEMNITY
CO.; GEICO GENERAL INSURANCE CO.
and GEICO CASUALTY CO.,

                     Plaintiffs,          <u>ORDER</u>

       - versus -               10-CV-5611 (JG) (JMA)

INFINITY HEALTH PRODUCTS, LTD.;
ILYA MUGERMAN; MSSA CORP.;
ALEKSANDER AFANASYEV; ENKO
ENTERPRISES INT'L INC.; OKSANA
KOVALENKO; VESPA SUPPLY, INC.;
DENNIS ZAGLADKO; AMEGA INC.;
VADIM VINOKUR; PRO-VEK PLUS, INC.;
VLADIMIR KHMELNITSKI; EGA GROUP;
GRIGORY BRANFENBRENER; DB
SUPPLY, INC.; DARIA BYSTRA; AVGUR
SUPPLY, INC.; BETTY ANDRESOL;
PROMED SUPPLY CO., INC.; ARTEM
YURYEV; VISS SUPPLY, INC.; STAR
DIAGNOSTICS, INC.; ALEC PALMER;
ECO WHOLESALE, INC.; MIKOS
TRADING, INC.; MDSS WHOLESALE,
INC.; EXCELL PLUS, INC.; RIVIERA
WHOLESALE, INC.; OPTOM, INC.;
DELAZOOM, INC.; NEW STEP SERVICES,
INC.; WEST COAST INC.; CHESTERON,
INC.; TITA CO.; BILT-RITE
ORTHOPEDICS & SAFETY INC.;
WELLCORE WHOLESALE, INC.; GALASA
WHOLESALE INC.; JOHN DOES 1-25; and
JOHN DOE CORPORATIONS 1-10,

                     Defendants.

JOHN GLEESON, United States District Judge:

Having received no objections within the allotted time period to the Report and Recommendation ("R&R") (ECF No. 181) issued by Magistrate Judge Azrack regarding the plaintiffs' motions for default judgments against all defaulting defendants (ECF Nos. 103, 108, 113, 118, 123, 128, 133, 138, 143, 174),[1] the court adopts the R&R in full.

The Clerk of the Court is directed to enter judgment accordingly.

So ordered.


John Gleeson, U.S.D.J.


Dated:  April 25, 2012
        Brooklyn, New York

---

[1]     Of the total 37 defendants named in the plaintiffs' complaint, 32 had default entered against them: Infinity Health Products, Ltd., Ilya Mugerman, MSSA Corp., Alaksander Afanasyev, Enko Enterprises International Inc., Oksana Kovalenko, Pro-Vek, Inc., Vladimir Khmelnitski, Vespa Supply, Inc., Dennis Zagladko, EGA Group, Grigory Branfenbrener, Avgur Supply, Inc., Betty Andresol, Amega, Inc., Vadim Vinokur, DB Supply, Inc., Viss Supply, Eco Wholesale, Mikos Trading, Inc., MDSS Wholesale, Inc., Excell Plus, Inc., Riviera Wholesale, Inc., Optom Inc., Star Diagnostic, Inc., Alec Palmer, Bilt-Rite Orthopedics & Safety, Inc., Galasa Wholesale, Inc., Delazoom, Inc., West Coast Inc., Chesteron, Inc., and New Step Services, Inc.  (ECF Nos. 54-77, 82-83, 98-102, 172-173).

It appears from the docket that Daria Bystra, Tita Co., and Wellcore Wholesale, Inc. were never served, and no default was ever entered against them.  Promed Supply Co., Inc. and Artem Yuryev were served with process on December 8, 2010 (ECF Nos. 16, 27), and later all claims against them were dismissed with prejudice pursuant to a settlement they reached with the plaintiffs (ECF No. 86).